and the facts, without costs, and motion granted, without costs. We accept the version of defendant's counsel that the juror failed to acquaint him with the information that, at the time he was accepted as a juror, there was then pending in the same court an action by his wife against this defendant. In the interest of substantial justice there should be a new trial. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur. [See *ante*, p. 577.]

HAROLD J. LOFTHOUSE and ROBERT F. PERINE, Doing Business under the Firm Name and Style of H. J. LOFTHOUSE & Co., Respondents, v. RALPH A. DALTO, LENA E. DALTO and RALEN CORPORATION, Appellants.— Order denying defendants' motion to dismiss the amended complaint for lack of prosecution, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur. [See *ante*, p. 575.]

LAWRENCE MINERELLA, an Infant, by LUIGI MINERELLA, His Guardian ad Litem, and LUIGI MINERELLA, Appellants, v. THE BROOKLYN AND QUEENS TRANSIT CORPORATION and LOUIS J. BAUER, Respondents.— In an action for personal injuries and loss of services the infant received a verdict for $200 and the father for $100. Plaintiffs appeal. Amended judgment and order reversed on the facts and a new trial granted, with costs to appellants to abide the event. In our opinion the verdict for the infant was inadequate. Appellants ask us to sever the action and affirm the judgment for the father. This we cannot do. It may be that on a new trial the verdict will be for the defendants. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.

CHARLES H. MULLER, Petitioner, v. HENRY E. BRUCKMAN, Chairman, EDWARD SCHOENECK and Others, Members of and Constituting the New York State Liquor Authority, Defendants.— Proceeding pursuant to article 78, Civil Practice Act, to review action of State Liquor Authority revoking petitioner's restaurant liquor license. Determination unanimously confirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

CHARLES H. MULLER, Petitioner, Respondent, v. HENRY E. BRUCKMAN, Chairman, EDWARD SCHOENECK and Others, Members of and Constituting the New York State Liquor Authority, Defendants, Appellants.— Appeal by defendants from order dated January 13, 1938, transferring proceeding to this court, withdrawn on consent, without costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

REUBEN PARNESS and IDA PARNESS, Respondents, v. HOLLYWOOD HOMES, INC., Defendant, Appellant; DAVID MINKIN, President; HARRY L. OSIAS, Secretary-Treasurer, Appellants.— In an action brought by plaintiffs, purchasers, here respondents, for the specific performance of a contract for the sale of real property executed by the corporate defendant, seller, here an appellant, with its president, Minkin, and its secretary-treasurer, Osias, also here appellants, order granting plaintiffs' motion to punish the corporation defendant and its said officers for wilful contempt, and awarding other relief, affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARCANTONIO ORLANDINO, Appellant.— Judgment of the County Court of Nassau county convicting the defendant of the crime of robbery in the second degree, and orders,